384 A.2d 242

COMMONWEALTH of Pennsylvania, Appellant,

v.

Howard William BOOFER, Appellee.

Supreme Court of Pennsylvania.

Argued March 6, 1978.

Decided April 7, 1978.

David L. Cook, Robert F. Hawk, Asst. Dist. Attys., Butler, for appellant.

William D. Kemper, Dillon, McCandless, King & Kemper, Butler, Court-appointed, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Order affirmed.